IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Action No. 09-00191-01-CR-W-HFS |
| ANTHONY ELLIOTT BARNES, | ) ) | |
| Defendant. | ) | |

O R D E R

On June 16, 2009, counsel for Defendant filed a motion for a judicial determination of mental competency. Defendant was examined by Dr. Jeremiah Dwyer, Ph.D., and a competency hearing was held before United States Magistrate Judge Robert Larsen on September 21, 2009. The parties stipulated to Dr. Dwyer's report. Therefore, after making an independent review of the record, it is

ORDERED that Defendant's motion for judicial determination of mental competency is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this court finds that Defendant is incompetent to proceed. It is further

ORDERED that Defendant be committed to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. §4241(d).

*/s/ Howard F. Sachs*
HOWARD F. SACHS
United States District Judge

October  5 , 2009

Kansas City, Missouri